UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

MICHAEL BACIGALUPO

          Defendants.

_____/

Case: 1:25-cr-20634
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 08-27-2025

VIOLATION:
18 U.S.C. § 1343 (Wire Fraud)

## <u>INFORMATION</u>

The United States Attorney charges:

## <u>COUNT ONE</u>

(18 U.S.C. § 1343 - Wire Fraud)

From at least in and around June 2020 and continuing through in and around November 2023, in the Eastern District of Michigan and elsewhere, the defendant MICHAEL BACIGALUPO knowingly devised and executed a scheme to defraud and to obtain money from the Bay City Michigan State Theatre, the Bay City Michigan Historical Society, and the Michigan Economic Development Corporation by means of false and

1

fraudulent material pretenses, representations, and promises. With the intent to defraud and for the purpose of executing the scheme, the defendant MICHAEL BACIGALUPO transmitted and caused the transmission of email communications in interstate commerce.

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – *Criminal Forfeiture*)

The allegations of Count One of this Information are incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

If convicted of violating Title 18, United States Code, Section 1343, the defendant shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The forfeiture in this case may include entry of a forfeiture money judgment against the defendant in an amount up to the value of proceeds that the defendant obtained as a result of Count One.

2

If, by any act or omission of the defendant, the proceeds of the offense cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty, the United States of America shall seek to forfeit substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), up to the value of the forfeitable property described above.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/ T. Patrick Martin*
T. Patrick Martin
Assistant United States Attorney
Anti-Corruption Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3220
(313) 226-9168
Thomas Martin@usdoj.gov

*s/ William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 891-0391

Dated: August 25, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
| --- | --- | --- |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
| --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  T.P.M. |

**Case Title:** USA v. Michael Bacigalupo

**County where offense occurred :** Bay County

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

_____Indictment/ ✓ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 26, 2025
Date

*/s/T. Patrick Martin*
T. Patrick Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9100

E-Mail address: Thomas.Martin@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.