# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

MICHAEL BACIGALUPO,

        *Defendant.*

_____/

Case No. 25-CR-20634

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## CONSENT TO ENTER GUILTY PLEA
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The Defendant voluntarily consents to permit United States Magistrate Judge Morris to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The Defendant understands that if the plea of guilty is accepted by United States District Judge Ludington, Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_____
Defendant

Date: 8/29/2025

_____
Defense Counsel

Date: 9.3.25

_____
Assistant U.S. Attorney

Date: 8/27/25